AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| DAVID MOSS <br><br> *Plaintiff(s)* <br> v. <br> WILSHIRE PARK HOME OWNER ASSOCIATION, ASSOCIATION FINANCIAL SERVICES a/k/a AFS, HAROLD WALKER, WISCHAL JOSHI, DANIEL E KOERNER <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILSHIRE PARK HOMEOWNERS ASSOCIATION a/k/a HOA
PO BOX 70907  MARIETTA, GEORGIA 30007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID MOSS
PO BOX 211
MCDONOUGH, GEORGIA 30253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____        _____
                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia ▼

| | |
|---|---|
| **DAVID MOSS** <br><br> *Plaintiff(s)* <br> v. <br> **WILSHIRE PARK HOME OWNER ASSOCIATION, ASSOCIATION FINANCIAL SERVICES a/k/a AFS, HAROLD WALKER, WISCHAL JOSHI, DANIEL E KOERNER** <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **HAROLD WALKER**
**CFO WILSHIRE PARK HOMEOWNERS ASSOCIATION a/k/a HOA**
**190 NAPA DRIVE, MCDONOUGH, GEORGIA 30253**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID MOSS
PO BOX 211
MCDONOUGH, GEORGIA 30253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| DAVID MOSS | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| WILSHIRE PARK HOME OWNER ASSOCIATION, ASSOCIATION FINANCIAL SERVICES a/k/a AFS, HAROLD WALKER, WISCHAL JOSHI, DANIEL E KOERNER | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ASSOCIATION FINANCIAL SERVICES a/k/a AFS
PO BOX 70907  MARIETTA, GEORGIA 30007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID MOSS
PO BOX 211
MCDONOUGH, GEORGIA 30253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| DAVID MOSS <br><br> *Plaintiff(s)* <br> v. <br> WILSHIRE PARK HOME OWNER ASSOCIATION, ASSOCIATION FINANCIAL SERVICES a/k/a AFS, HAROLD WALKER, WISCHAL JOSHI, DANIEL E KOERNER <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WISCHAL JOSHI
CEO WILSHIRE PARK HOMEOWNERS ASSOCIATION a/k/a HOA
333 SONOMA LN, MCDONOUGH, GEORGIA 30253

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID MOSS
PO BOX 211
MCDONOUGH, GEORGIA 30253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| DAVID MOSS <br><br> *Plaintiff(s)* <br> v. <br> WILSHIRE PARK HOME OWNER ASSOCIATION, ASSOCIATION FINANCIAL SERVICES a/k/a AFS, HAROLD WALKER, WISCHAL JOSHI, DANIEL E KOERNER <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANIEL E KOERNER
4207 KENWYCK COURT MARIETTA, GEORGIA 30007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DAVID MOSS
PO BOX 211
MCDONOUGH, GEORGIA 30253

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*