David Moss
PO Box 211
McDonough, GA 30253
Dm3330@yahoo.com
917-624-6410

The Honorable Catherine M. Salinas
United States Magistrate Judge
1807 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

January 8, 2018

Subject: Serving documents Case Number: 1:17-cv-03556-AT-CMS

Dear Judge Salinas,

Pursuant to federal Rule 5. Serving and Filing Pleadings and Other Papers defendant is required to serve all motions on plaintiff. I am writing today to inform you that the defendants byway and through their counsel are failing to follow said procedures.

Defendants counsel filed two motions in or about December 2017, 1. Motion to dismiss for failure to state a claim 2. Motion to drop Association Financial Service from this matter.

I was never served with any of the motions, I found the motion to be in existence when I searched pacer for an update on the case. Although defendants counsel claims that he filed said motions electronically, court records reflect that nothing was sent to me (plaintiff).

Defendant(s) and their attorney are simply trying to manipulate this court and cause your honor to dismiss this matter by default and place blame on plaintiff. Defendant(s) and their attorney tactics are an insult to this court and justice, they continually violate plaintiff constitutional right to seek justice for state and federal violation(s) perpetuated upon plaintiff by the defendants.

Currently, I ask the court to instruct the defendants and its counsel to follow proper civil procedures as this matter moves forward.

Respectfully,

*David Moss*

David Moss