**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| DAVID MOSS, | ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiff, | ) | 1: 17-cv3556-AT-CMS |
| | ) | |
| v. | ) | |
| | ) | |
| ASSOCIATION FINALCIAL, | ) | |
| SERVICES A/K/A AFS; et al, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff DAVID MOSS, by and through his undersigned

counsel, and hereby dismisses the above captioned lawsuit without prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 25th day of January, 2018.


[Signatures on next page]

ATTORNEY FOR THE PLAINTIFF
ANDREW MACPHERSON

Respectfully submitted,

s/ Andrew MacPherson, Esq.
By: Andrew MacPherson, Esq.
Attorney Bar No. 613917
Attorney for Plaintiff David Moss
MacPherson & Prado, LP
2265 Roswell Road, Suite 100
Marietta, GA 30062
OFFICE: (678) 833-6682
E-mail: themacphersonfirm@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notice to the following attorneys of record:

David Samuel Grossman
NowackHoward, LLC
Resurgens Plaza, Suite 1250
945 East Paces Ferry Rd. Ne
Atlanta, GA 30326
Phone: 770-863-8900
Fax: 770-863-8901
Email: David@nowackhoward.com

*/s/ Andrew MacPherson*

Attorney for Plaintiff David Moss